IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.   ) | Cause No: 1:13-cr-150- WTL-TAB |
| ) | |
| GUOQING CAO, ) | |
| SHUYU LI, a/k/a "Dan," ) | |
| ) | |
| Defendants ) | |

**ORDER ON MOTION TO MODIFY
CONDITIONS OF RELEASE**

This cause has come before the Court upon Guoqing Cao's Motion to Modify Conditions of Release, and the Court being fully advised, now orders that said Motion is **GRANTED**.

IT IS THEREFORE ORDERED that Defendant Guoqing Cao's release conditions shall be modified as follows:

1. Guoquing Cao shall be released from 24-hour home detention, and instead be placed on a curfew, with continued GPS monitoring, where he is restricted to his residence every day from 11:00 p.m. to 8:00 a.m., or as directed by the pretrial services office or supervising officer.

2. Dr. Cao shall be allowed limited access to the internet and communication with his employer.  Specifically, Dr. Cao may access the internet for scientific and educational purposes and may communicate by email or other electronic means with his employer, except that that communication may not involve the specific molecular target data (formerly designated by the Government as trade secrets 1-9) which are the subject of this case.

3. All other non-conflicting conditions of pretrial release are to remain in full force and effect.

SO ORDERED:   11/25/2014

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification