UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.:  1:13-cr-00150-WTL-TAB |
| | ) | |
| GUOQING CAO, | ) | -01 |
| SHUYU LI, | ) | -02 |
| | ) | |
| Defendants. | ) | |

GOVERNMENT'S MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT
PURSUANT TO RULE 48(a), FED. R. CRIM. P.

The United States of America ("the government"), through undersigned counsel, moves this Court for leave to dismiss the Second Superseding Indictment in this case in the interests of justice, pursuant to Rule 48(a), Fed.R.Crim.P.  The government states as follows:

Rule 48(a), Fed.R.Crim.P.

Rule 48(a), Fed.R.Crim.P., provides, in pertinent part that "[t]he government may, with leave of court, dismiss an  . . . indictment . . . ."

The Basis For The Government's Motion

The government, upon its on-going evaluation and assessment of this case, moves to dismiss the Second Superseding Indictment as to both defendants in the interests of justice.  The victim in this case has been notified of the government's intention to move to dismiss all charges against both defendants.  The defendants have no objection.

<u>Conclusion</u>

Wherefore, based on the above, the government moves this Court, in the interests of justice, to enter an order granting the government's motion to dismiss the Second Superseding Indictment in this cause.

Respectfully submitted,

JOSH J. MINKLER
ACTING UNITED STATES ATTORNEY

By:    /s/ *Cynthia J. Ridgeway*
       Cynthia J. Ridgeway
       United States Attorney's Office
       10 W. Market St., Suite 2100
       Indianapolis, IN  46204
       Phone:  (317) 226-6333
       Fax:  (317) 226-6125
       E-mail:  cynthia.ridgeway@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, a copy of the foregoing Government's Motion To Dismiss Second Superseding Indictment, Pursuant To Rule 48(a), Fed. R. Crim. P., was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Cynthia J. Ridgeway*
Cynthia J. Ridgeway
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333